IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DANIEL WINTERS, #1115105 § | |
| § | |
| V. § | CIVIL ACTION NO. G-05-179 |
| § | |
| DOUG DRETKE, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONS § | |
| INSTITUTIONS DIVISION § | |

**ORDER OF DISMISSAL**

Before the Court for its Order of Acceptance is a Report and Recommendation of the Magistrate Judge, entered on May 11, 2005, which recommends that the Application for Writ of Habeas Corpus of Daniel Winters be dismissed. The Report and Recommendation specifically states: "The Petitioner shall have until May 28, 2005, in which to have written objections physically on file in the Office of the Clerk." To date, no objections have been filed.

Upon review pursuant to Rule 72 of the Federal Rules of Civil Procedure, and 28 U.S.C. § 636 (b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings and that the Report and Recommendation is a well reasoned and correct application of federal law, which is **ACCEPTED** by this Court and incorporated herein, by reference.

It is, therefore, **ORDERED** that the Application for Writ of Habeas Corpus of Daniel Winters is **DENIED** and this cause is **DISMISSED** with prejudice**.**

**DONE** at Galveston, Texas, this the 19th day of July, 2005.

Samuel B. Kent
United States District Judge